UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CALVERT, in his Capacity as Chapter 11 Trustee for NATURAL MOLECULAR TESTING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BEAU FESSENDEN, individually and his marital community,<br><br>Defendant. | CASE NO. C15-1253RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT |

This matter comes before the Court on a notice of presentation of judgment by plaintiff Mark Calvert, as Chapter 11 Trustee for Natural Molecular Testing Corporation, and Elliott Bay Lender, LLC, as judgment creditor. Dkt. # 15. The moving parties seek judgment against defendant Beau Fessenden and his marital community pursuant to Federal Rule of Civil Procedure 58(b)(2)(B). Having considered the notice and the relevant record, including the Honorable Marc Barreca's Amended Report and Recommendation (Dkt. #14), the Court directs the Clerk of Court to enter judgment as follows:

//

ORDER DIRECTING ENTRY OF
JUDGMENT

**SUMMARY OF JUDGMENT**

| | |
|---|---|
| Judgment Debtor: | BEAU FESSENDEN, individually and his marital community |
| Judgment Creditor: | ELLIOTT BAY LENDER, LLC<br>c/o Arnold M. Willig, Esq.<br>HACKER & WILLIG, INC., P.S.<br>520 Pike Street, Suite 2500<br>Seattle, WA 98101 |
| Judgment Amount: | **$97,155.38** (as of April 26, 2020) |
| Pre-Judgment Interest: | **$4,797.55** (award of $92,357.83 on November 21, 2019, to April 26, 2020, at 12% *per annum*) |
| Post-Judgment Interest: | 12% *per annum* from date of entry until paid in full |
| Attorney Fees and Costs: | All attorney fees and costs accruing after November 21, 2019 |

IT IS HEREBY ORDERED THAT:

Elliott Bay is awarded this judgment against Beau Fessenden, individually and as to his marital community, in the above-stated amounts; and

This judgment shall bear interest at the rate of 12% *per annum* from the date of entry until paid in full, plus attorney fees and costs accruing after November 21, 2019.

Dated this 18th day of May, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY OF
JUDGMENT